No. 22-1200

# In the United States Court of Appeals for the Tenth Circuit

Jane Doe,

              *Plaintiff – Appellant*,

v.

Paul Wang,

              *Defendant – Appellee*,

Eugene Volokh,

              *Intervenor.*

On Appeal from the United States District Court
for the District of Colorado, No. 1:20-cv-02765,
Judge Regina M. Rodriguez

**Rule 26.1 Disclosure Statement of
the Colorado Freedom of Information Coalition and
the Colorado Press Association as Proposed *Amici Curiae***

EUGENE VOLOKH
UCLA School of Law
Amicus Brief Clinic
385 Charles E. Young Dr. E
Los Angeles, CA 90095
(310) 206-3926
volokh@law.ucla.edu

**Rule 26.1 Disclosure Statement**

I certify, on behalf of the Colorado Freedom of Information Coalition and the Colorado Press Association, that there is no information to disclose pursuant to Fed. R. App. 26.1.

s/ Eugene Volokh
Eugene Volokh

Attorney for Proposed *Amici Curiae*

**Certificate of Service**

I filed this document by CM/ECF today, and sent a copy by e-mail (bu consent to) Plaintiff-Appellant Jane Doe, at co20_2765@mail.com.

March 1, 2023

s/ Eugene Volokh
Eugene Volokh

1