No. 22-1200

# In the United States Court of Appeals for the Tenth Circuit

Jane Doe,

*Plaintiff - Appellant,*

v.

Paul Wang,

*Defendant - Appellee,*

Eugene Volokh,

*Intervenor - Appellee.*

On Appeal from the United States District Court
for the District of Colorado

**Response by Proposed *Amici Curiae*
the Colorado Freedom of Information Coalition, the Colorado
Press Association, and Eugene Volokh
to Plaintiff-Appellant Doe's
Fifth Motion to Seal and Redact Records**

EUGENE VOLOKH
UCLA School of Law
Amicus Brief Clinic
385 Charles E. Young Dr. E
Los Angeles, CA 90095
(310) 206-3926
volokh@law.ucla.edu
*Pro Se*

## Response

*Amici*'s proposed Brief *Amici Curiae* should remain open to public access, for the reasons set forth at length in Volokh's initial Response to Motion to Seal and Redact Records (filed Aug. 31, 2022), and from Volokh's Response to Doe's Amended Second Motion to Seal and Redact Records (filed Sept. 12, 2022). Doe's initial motion to seal and her second motion to seal remain pending before this Court, so the Court will have to consider those Responses in any event. Therefore, to avoid unnecessary duplication, *amici* incorporate the arguments from those responses.

Respectfully submitted,

s/ Eugene Volokh
Eugene Volokh
UCLA School of Law
385 Charles E. Young Dr. E
Los Angeles, CA 90095
(310) 206-3926
volokh@law.ucla.edu
*Pro se* Intervenor-Appellee
(Institutional affiliation given only for purposes of identification and contact information)

1

## Certificate of Compliance

This document complies with the word limit of Fed. R. App. P. 27(d)(2)(A), because it contains 91 words, excluding the parts of the document exempted by Fed. R. App. P. 32(f). This document complies with the typeface and type style requirements of Fed. R. App. P. 32(a)(5)- (6) because it has been prepared in 14-point Century Schoolbook in Word 365.

## Certificate of Service

I filed this document today by e-mailing it to the Clerk's Office (as per the Clerk's Office instructions, stemming from ECF not allowing the filing), and also e-mailed it, at their ECF-registered e-mail addresses, to Plaintiff-Appellant and to Defendant-Appellee's counsel.

March 21, 2023

s/ Eugene Volokh
Eugene Volokh